```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SNR DENTON US LLP; DENISE M. TORMEY   :
            Plaintiffs                :
                                      :
           -v-                        :      12 Civ. 4296 (JSR)
                                      :
PHOTIOS COUGENTAKIS; SPIRIDON         :           ORDER
KOKKOSIS                              :
                                      :
            Defendants.               :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

As stated from the bench, see Transcript of Oral Argument, June 22, 2012, this action is dismissed on consent based on the unequivocal and unconditional statement by defense counsel that he is dismissing with prejudice the arbitration proceeding against SNR Denton and Denise M. Tormey. The Clerk of the Court is hereby directed to close the case.

SO ORDERED.

Dated: New York, NY
June 22, 2012

_____
JED S. RAKOFF, U.S.D.J.

1